IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation    05 C 7097 | )<br>)<br>) |
|  | )    Case No. 08 C 742 |
| _____) | )    Judge Marvin E. Aspen |
|  | )    Magistrate Judge Daniel G. Martin |
| THIS ORDER APPLIES TO<br>*Walrod et al.  v. Ameriquest*<br>*Mortgage Company et al*<br>*08-cv-742, N.D.Ill* | )<br>)<br>)<br>) |

## ORDER OF DISMISSAL

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Joint stipulation of dismissal of claims against defendants [55],  Plaintiff James L. Walrod and Teresa L. Walrod's claims against all defendants are dismissed with prejudice.  Each party shall bear their own costs and attorneys' fees. Civil case terminated.

　　Defendants expressly reserve all of their Third-Party claims in connection with the claims being dismissed through this stipulation including, without limitation, any and all claims set forth in the Fifth Amended Consolidated Third-Party Complaint.

10/28/14

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Marvin E. Aspen
　　　　　　　　　　　　　　　　　　　　　United States District Judge